**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01670-CV

**D&J REAL ESTATE SERVICES, INC.**
**D/B/A RE/MAX PREMIER GROUP, ET AL., Appellants**

**V.**

**GREG L. PERKINS, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** appellants' July 23, 2014 unopposed motion for an extension of time to file their reply and cross-appellees' briefs. Appellants shall file their reply brief on or before **September 2, 2014**. Appellants shall file their cross-appellees' brief on or before **September 10, 2014**.

/s/     ADA BROWN
           JUSTICE